December 16, 1977

M. P. No. 77-395. MICHAEL L. GRANDY v. WILLIAM E. LAURIE. The petition for writ of habeas corpus is denied. *William F. Reilly,* Public Defender, *Richard A. Gonnella,* Assistant Public Defender, *Barbara Hurst,* Chief Appellate Attorney, for petitioner. *Julius C. Michaelson,* Attorney General, *Alfred French Goldstein,* Special Assistant Attorney General, for respondent.

M. P. No. 77-396. MICHAEL L. GRANDY v. WILLIAM E. LAURIE. The petition for writ of certiorari is denied. *William F. Reilly,* Public Defender, *Barbara Hurst,* Chief Appellate Attorney, for petitioner. *Julius C. Michaelson,* Attorney General, *Alfred French Goldstein,* Special Assistant Attorney General, for respondent.

M. P. No. 77-402. RAYMOND T. BURTON v. EUGENE P. PETIT. Petition for writ of certiorari is granted and the writ shall issue forthwith. This case is consolidated with the case of *Dana* v. *Petit,* M. P. No. 77-324. *Aram K. Berberian,* for petitioner. *Stephen F. Mullen,* Chief Legal Counsel, Office of Special Counsel, for respondent.

M. P. No. 77-403. DAVID AGIN *et al. v.* SUPERIOR COURT *et al.* The petition for writ of certiorari is denied.

Petitioners' motion for release on bail is denied. *Edward John Mulligan, S. Christopher Stowe, Jr.,* for petitioners. *Julius C. Michaelson,* Attorney General, *Alfred French Goldstein,* Special Assistant Attorney General, for respondents.

M. P. No. 77-409. BRIGITTE K. MURGO v. ROBERT J. MURGO. Petition for writ of certiorari is denied.

Petitioner's motion for a stay is denied. *DeCosta & Abilheira, Louis B. Abilheira,* for petitioner. *Richard P. D'Addario,* for respondent.